| | |
|---|---|
| 1 | SIMON J. FRANKEL (No. 171552) |
| | HOWARD, RICE, NEMEROVSKI, CANADY, |
| 2 |     FALK & RABKIN |
| | A Professional Corporation |
| 3 | Three Embarcadero Center, 7th Floor |
| | San Francisco, California  94111-4024 |
| 4 | Telephone:   415/434-1600 |
| | Facsimile:    415/217-5910 |
| 5 | |
| | Of Counsel: |
| 6 | |
| | DANIEL EBENSTEIN |
| 7 | ANTHONY F. LO CICERO |
| | MARK J. ROSENBERG |
| 8 | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| | 90 Park Avenue |
| 9 | New York, NY  10016 |
| | Telephone:   212/336-8000 |
| 10 | Facsimile:    212/336-8001 |
| 11 | Attorneys for Plaintiffs |
| | FEDERATED WESTERN PROPERTIES, INC. and |
| 12 | FEDERATED DEPARTMENT STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED WESTERN PROPERTIES, INC. and FEDERATED DEPARTMENT STORES, INC., | No.  C05-00200 MEJ |
| | Action Filed:  January 12, 2005 |
| Plaintiffs, | E-FILING |
| v. | REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR JUNE 23, 2005 |
| NETBLUE, INC. and OAK INVESTMENT PARTNERS, | |
| Defendants. | AND ORDER CONTINUING CMC TO JULY 7, 2005 AT 10:00 A.M. |

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONF.    C05-00200 MEJ

1    Plaintiffs Federated Western Properties, Inc. and Federated Department Stores, Inc. (collectively, "Plaintiffs") hereby request a brief, one week continuance of the Case Management Conference presently set for June 23, 2005 at 10:00 a.m. in Courtroom B. The grounds for this Request are as follows:

Since the time the Complaint was filed in January 2005, Plaintiffs have been negotiating with Defendants to reach a compromise resolution of the claims in the Complaint. The parties have reached a settlement of nearly all outstanding issues, and anticipate that all remaining issues will be resolved shortly. The availability of the principals of the parties has delayed this finalization more than anticipated. Plaintiffs have been authorized by counsel for both defendants to represent that the parties anticipate that they will have a final resolution of the action within the next week, and that the parties will promptly file a notice of settlement with the Court at that time.

Accordingly, Plaintiffs hereby request that the Court continue the Case Management Conference, presently set for June 23, 2005 at 10:00 a.m. for at least one week, to a date convenient to the Court on or after June 30, 2005.

DATED:  June 22, 2005.

The C.M.C. is hereby CONTINUED
to July 7, 2005 at 10:00 a.m.

Respectfully,

SIMON J. FRANKEL
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:  _____/s/_____
        SIMON J. FRANKEL

Attorneys for Plaintiffs FEDERATED WESTERN PROPERTIES, INC. AND FEDERATED DEPARTMENT STORES, INC.

Of Counsel:

Dated: June 22, 2005

DANIEL EBENSTEIN
ANTHONY F. LO CICERO
MARK J. ROSENBERG
AMSTER, ROTHSTEIN & EBENSTEIN LLP


IT IS SO ORDERED
Magistrate Judge Maria-Elena James

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONF.   C05-00200 MEJ
-1-