United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED WESTERN PROPERITES, INC. and FEDERATED DEPARTMENT STORES, INC., | No. C 05-0200 MEJ |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| NETBLUE, INC. and OAK INVESTMENT PARTNERS, | |
| Defendant(s). | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Court hereby CONTINUES the Case Management Conference in this matter, currently scheduled for July 7, 2005, to July 14, 2005 at 10:00 a.m. The parties shall file their joint case management statement, and their magistrate jurisdiction consent/declination forms, by July 7, 2005.

**IT IS SO ORDERED.**

Dated: July 5, 2005

MARIA-ELENA JAMES
United States Magistrate Judge